147 So. 644

### Jess GRAVETTE v. STATE.
#### 7 Div. 187.

Supreme Court of Alabama.
April 13, 1933.

J. J. Cockrell and Obe Riddle, both of Talladega, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

### PER CURIAM.

Petition of Jess Gravette for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Gravette v. State, 147 So. 641, and alternative petition for mandamus to the Court of Appeals, requiring it to transfer or send up record in toto for review by the Supreme Court.

Writs denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.